USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

Sealed
Public and unofficial staff access
to this instrument are
by court order

H 12-479
No.

HOUSTON DIVISION

USAO Number: 2012R16274
Magistrate Number:

CRIMINAL INDICTMENT     Filed     AUG 0 1 2012     Judge: Miller

United States Courts
District of Texas

UNITED STATES of AMERICA

vs.

ATTORNEYS:

David J. Bradley, Clerk of Court MAGIDSON, USA     (713) 567-9000

JENNIE L. BASILE, AUSA     (713) 567-9000

| | | Appt'd | Private |
|---|---|---|---|
| ALLEN MOORE JR. | 1-3 | ☐ | ☐ |
| aka BOOM, | | ☐ | ☐ |
| WALTER KEITRIC FREEMAN, | 1,4,5 | ☐ | ☐ |
| CHAD ERIC HAYWOOD, | 1-3,4,6 | ☐ | ☐ |
| HENDRICK DWAYNE LYNN, and | 1-2,4 | ☐ | ☐ |
| CORINTHIANS LACHELL PHILLIPS | 1,4 | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |
| | | ☐ | ☐ |

UNSEALED
PER ORDER

Ct. 1: Conspiracy to Interfere with Commerce by Robbery (Hobbs Act) [18 USC § 1951(a)]

Cts. 2, 4:  Interference with Commerce by Robbery (Hobbs Act) [18 USC § 1951(a)]

Cts. 3,5 Discharging a Firearm During a Crime of Violence: [18 USC §924(c)(1)(A)(iii)]

Ct. 6: Brandishing a Firearm During a Crime of Violence [18 USC § 924(c)(1)(A)(ii)]

Page 2 of 2

CHARGE:
(TOTAL)
(COUNTS:)
( 6 )

**PENALTY:**

Ct. 1:  no more than 20 years imprisonment; not to exceed $250,000 fine; 3 years SRT; $100 SA

Cts.2, 4: no more than 20 years imprisonment; not to exceed $250,000 fine; 3 years SRT; $100 SA

Cts. 3,5 not less than 10 years to life imprisonment, consecutive

Ct. 6: not less than 25 years to life imprisonment; consecutive

☑ In Jail Lynn, Haywood, Moore

☐ On Bond

☑ No Arrest /Freeman, Phillips

**NAME & ADDRESS
of Surety:**

**<u>PROCEEDINGS:</u>**